UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| EVARISTUS MACKEY, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 12-CV-10-KSF |
| | ) | |
| v. | ) | |
| | ) | |
| D. BERKEBILE, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

**** **** **** ****

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that the 28 U.S.C. § 2241 petition [R. 1] which Evaristus Mackey filed against Warden D. Berkebile is **DENIED**, and judgment is **ENTERED** in favor of the respondent.

This September 25, 2012.



**Signed By:**

*__Karl S. Forester__*   $KSF$

**United States Senior Judge**